v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

July 12, 2004.

■

**Robert ROHRER, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

July 9, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 12th day of July, 2004, probable jurisdiction is noted and the order appealed is affirmed.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of July, 2004, probable jurisdiction is noted and the order appealed is affirmed.